1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| ROBERT STOTLER and KATIE STOTLER, his spouse, | ) CASE NO.  CV-F-01-6390 AWI (LJO) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER FOR |
| | ) VOLUNTARY DISMISSAL OF |
| BAYER CORPORATION, and MILES | ) OPERATIVE COMPLAINT WITH |
| LABORATORIES, a Division of Bayer | ) PREJUDICE |
| Corporation; and AMERICAN HOME | ) AS TO BAYER CORPORATION |
| PRODUCTS, | ) ONLY |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

20

21

22

23

24

25

26

27

28

1       Plaintiffs Robert Stotler and Katie Stotler and Defendant Bayer Corporation, through their

2  counsel of record, hereby stipulate that the operative Complaint, and each and every cause of action

3  asserted in this proceeding, shall be dismissed with prejudice as to Bayer Corporation only, each side to

4  bear its own attorneys' fees and costs.  The parties further stipulate that the Court may enter an order

5  based upon this stipulation.

6                                IT IS SO STIPULATED.

7

8  DATED:  July 12, 2005                     PETER H. MASON
                                         DOUGLAS W. STERN

9                                         NICOLE K. ASCH
                                       ADAM P. ZAFFOS

10                                        FULBRIGHT & JAWORSKI L.L.P.

11

                                          /s/

12                               By:

13                                       Adam P. Zaffos
                                      Attorneys for Bayer Corporation

14 DATED: July 12, 2005                    K. ELIZABETH MIDDLETON

15                                        RICHARDSON, PATRICK,
                                         WESTBROOK & BRICKMAN LLP

16

17                                           /s/

18                               By:

19                                       K. Elizabeth Middleton
                                      Attorneys for Plaintiffs
                                      Robert Stotler and Katie Stotler

20

21

22

23

24

25

26

27

28

1

**ORDER**

2          Based upon the foregoing, the operative Complaint, and each and every cause of action asserted

3   therein, shall be dismissed with prejudice as to Bayer Corporation only, each side to bear its own

4   attorneys' fees and costs.

5

6   IT IS SO ORDERED.

7   **Dated:    July 15, 2005**                                    _____/s/ Anthony W. Ishii_____
    0m8i78                                                         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28