

FILED
2005 SEP -7 A 8:34

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFONRIA

ROBERT STOTLER, et al.,

    Plaintiff,

vs.

BAYER CORPORATION, et al.

    Defendants.

CASE NO. 1:01-cv-06390-AWI-LJO

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, by and through their designated counsel and pursuant to Fed. R. Civ. Pro. 41(a)(1), that the above-captioned action be and hereby is dismissed with prejudice and without costs to any party.

Dated: August _____, 2005

SHERMAN & SALKOW

By: _____
RICHARD G. SALKOW
Attorneys for Plaintiffs Robert Stotler and Katie Stotler

Dated: August 9, 2005

GORDON & REES, LLP

By: _____
MELISSA FAIRBROTHER
Attorneys for Defendant WYETH (fka American Home Products Corporation)

Case No. 1:01-cv-06390-AWI-LJO        STIPULATION AND ORDER OF DISMISSAL

ORDER OF DISMISSAL

IT IS HEREBY ORDERED that the above referenced action is dismissed with prejudice, pursuant to the foregoing Stipulation of Dismissal signed by counsel of record to the parties in this matter.

Dated this 7th day of Sept., 2005.

_____
ANTHONY W. ISHII
United States District Court Judge

Case No. 1:01-cv-06390-AWI-LJO          STIPULATION AND ORDER OF DISMISSAL